428 A.2d 675

Whitaker, Appellant v. Keystone Insurance Co.

Argued

March 19, 1980.   Allen L. Feingold, for appellant;  John G. Jenemann, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.